## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES LANIGAN                                                                                         PLAINTIFF

v.                                       Case No. 4:09CV00300 JLH

DASSAULT FALCON JET CORPORATION                                                   DEFENDANT

### **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Dassault Falcon Jet Corporation on the claims of James Lanigan. The complaint of James Lanigan is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE